NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1156, -1157
(Interference Nos. 105,334 and 105,337)

DAVID V. GOEDDEL and ROBERTO CREA,

Appellants,

v.

HARUO SUGANO, MASAMI MURAMATSU,
and TADATSUGU TANIGUCHI,

Appellees.

Appeals from the United States Patent and Trademark Office, Board of
Patent Appeals and Interferences

ON MOTION

Before MOORE, Circuit Judge.

## O R D E R

David Goeddel and Roberto Crea move without opposition to consolidate 2009-1156 and 2009-1157, for leave to exceed the permitted word limitation and file an initial brief of up to 18,000 words and a reply brief of up to 9,000 words, and for leave for Haruo Sugano et al. to exceed the word limitation and file a brief of up to 18,000 words.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)    The motion to consolidate is granted. The revised official caption is reflected above.

(2)    The motions for leave to exceed the word limitation are denied.

FOR THE COURT

MAR 1 9 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

**FILED**
**U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT**

MAR 1 9 2009

JAN HORBALY
**CLERK**

cc:    Thomas E. Friebel, Esq.
       Nels T. Lippert, Esq.
s19